15 A.3d 68

**Ronald TOWNSEND, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY and District Attorney of Philadelphia County, Respondents.**

**No. 140 EM 2010.**

Supreme Court of Pennsylvania.

March 4, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of March, 2011, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Reid,*

537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not allowed). The Prothonotary is directed to forward the filings to counsel of record.